# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

MAR 13 2002

MARY E. D'ANDREA, CLERK
Per ____

| | |
|---|---|
| DONALD C. HUNTER, III | : |
| Plaintiff, | : |
| v. | : No. 1:CV-01-0854 |
| | : (JUDGE KANE) |
| COLUMBIA PROPANE CORPORATION et al | : |
| Defendants | : |

### PLAINTIFF'S CONCURRED-IN MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Pursuant to Fed.R.Civ.P. 6(b), Plaintiff, Donald C. Hunter, III, by and through his attorney, Nathan C. Pringle, Jr., respectfully requests an enlargement of time of thirty (30) days, to and including April 15, 2002, to complete discovery in this action, and in support thereof, sets forth the following:

1. Discovery is scheduled to be completed by March 15, 2002.

2. Additional time is needed for the Plaintiff to prepare for depositions and develop his case.

Counsel for Defendants, Randi R. Serota, Esquire and Vijay K. Mago, Esquire, have no objection to this request for an enlargement, as indicated on the attached certificate of concurrence.

Wherefore, the Plaintiff, Donald C. Hunter, III, respectfully requests an enlargement of time of thirty (30) days, to and including April 15, 2002, to complete discovery.

Respectfully Submitted,

Nathan C. Pringle, Jr.
Attorney I. D. Number 30142
3601 North Progress Avenue
Suite 200
Harrisburg, PA 17110
(717) 909-8520
Attorney for Plaintiff

March 12, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD C. HUNTER, III | : |
| Plaintiff, | : |
| v. | : No. 1:CV-01-0854 |
| | : (JUDGE KANE) |
| COLUMBIA PROPANE CORPORATION et al | : |
| Defendants | : |

## CERTIFICATE OF CONCURRENCE

Nathan C. Pringle, Esquire, counsel for the Plaintiff, certified that on March 11, 2002, he spoke with Randi R. Serota, Esquire, and Vijay K. Mago, counsel for Defendants, regarding an enlargement of time to complete discovery.

Ms. Serota and Mr. Mago concurred in the request.

Respectfully Submitted,

_____
Nathan C. Pringle, Jr.
Attorney I. D. Number 30142
3601 North Progress Avenue
Suite 200
Harrisburg, PA 17110
(717) 909-8520

March 12, 2002

## CERTIFICATE OF SERVICE

I, Nathan C. Pringle, Jr., hereby certify that on March 12, 2002, I caused to be delivered by first class mail a copy of the foregoing document entitled Plaintiff's Concurred-In Motion for an Enlargement of Time To Complete Discovery, upon the following:

Randi R. Serota, Esquire
Duane Morris, LLP
One Liberty Place
1650 Market Street
Philadelphia 19103-7396

Vijay K. Mago, Esquire
LeClair Ryan, P.C.
707 E. Main Street
11th Floor
Richmond, VA 23219

Nathan C. Pringle, Jr.