IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD C. HUNTER, III | : | |
| Plaintiff, | : | |
| v. | : | No. 1:CV-01-0854 |
| | : | (JUDGE KANE) |
| COLUMBIA PROPANE CORPORATION et al | : | |
| Defendants | : | |

**ORDER**

Upon consideration of Plaintiff's Motion for an Enlargement of Time to Complete Discovery, which motion is concurred in by Defendants, it is hereby

ORDERED, that the motion for an enlargement of time is granted. It is hereby further

ORDERED, that the parties, shall have to and including April 15, 2002 to complete discovery in this action.

BY THE COURT:

Kane, J.

DATED: 3/19/02