IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD C. HUNTER, III** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:CV-01-854 |
| | : | Judge Kane |
| **COLUMBIA PROPANE** | : | |
| **CORPORATION** | : | |
| Defendant | : | |
| | : | |
| **DONALD C. HUNTER, III** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:CV-01-855 |
| | : | Judge Kane |
| **CRL HOLDINGS, L.P.** | : | |
| Defendant | : | |

FILED
HARRISBURG
AUG - 1 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## DISMISSAL ORDER

Upon the agreement of the parties, by counsel, and it appearing to this Court that all matters of controversy have been fully resolved and compromised, **IT IS HEREBY ADJUDGED, DECREED, and ORDERED,** that this action be **DISMISSED WITH PREJUDICE** and be removed from the docket of this Court.

Let the Clerk of Court send attested copies of this Order to counsel of record.

_____
Yvette Kane
United States District Judge

Dated: ___1 Aug___, 2002